**MEMO ENDORSED**

## EUSTACE, MARQUEZ, EPSTEIN, PREZIOSO & YAPCHANYK
### ATTORNEYS AT LAW

EDWARD M. EUSTACE
RHONDA L. EPSTEIN
RICHARD C. PREZIOSO
DAVID S. KASDAN
CHRISTOPHER M. YAPCHANYK
CRAIG J. BILLECI
_____
PAUL A. TUMBLESON
REGINE DELY-LAZARD
LAUREN S. YANG
MAUREEN E. PEKNIC
GREGORY R. BENNETT
TIMOTHY S. CARR

55 WATER STREET • 28TH FL.
NEW YORK, NY 10041
TEL (212) 612-4200
FAX (212) 612-4284

NOT A PARTNERSHIP OR PROFESSIONAL CORPORATION

ANTHONY J. TOMARI
NATHALIE C. HACKETT
THOMAS B. FERRIS
TERENCE H. DEMARZO
ROBERT M. MAZZEI
ROBERT M. MICHELL
MILES A. LINEFSKY

OF COUNSEL
PETER T. MENSCHING
ALAN J. HARRIS
JOSHUA A. YAHWAK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2018

November 29, 2018

*By ECF*

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *Sullivan v. National Association for Stock Car Auto Racing, Inc.*,
      Civil Action No.: 18-CV-05369 (VEC)

Dear Judge Caproni:

  This firm represents the Defendant National Association for Stock Car Racing, Inc. ("NASCAR") in the above-referenced matter. We write on behalf of both parties to advise the Court that this matter is now fully resolved and that there is no longer any need for the conference scheduled for tomorrow.[1]

  Thank you for your attention to this matter.

Respectfully submitted,

Anthony J. Tomari

The November 29 conference is CANCELLED. This case is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to CLOSE the case.
 SO ORDERED.

*Valerie Caproni*   11/29/2018

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

[1] We note that the Court did not set a time for the conference while setting the date.